

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00351-CV

| | | |
|---|---|---|
| JERALD H. MILLER, JR., Appellant | § | On Appeal from the 141st District Court |
| v. | § | of Tarrant County (141-329967-21) |
| TARRANT COUNTY APPRAISAL DISTRICT, TARRANT COUNTY REVIEW BOARD, TARRANT COUNTY, CITY OF FORT WORTH, AND TARRANT COUNTY | § | August 21, 2025 |
| TAX ASSESSOR COLLECTOR, Appellees | § | Per Curiam Memorandum Opinion |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM